IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMBERIA MORTON                                                                                   PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:21-cv-230-DPJ-FKB

GRENADA WOMEN'S CLINIC                                                                  DEFENDANT

## SHOW CAUSE ORDER

This action is before the Court *sua sponte*. On April 6, 2021, the Court issued a Text-Only Order setting this matter for a hearing on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [2], to be held on April 15, 2021, at 1:30 p.m. A copy of the order was mailed to Plaintiff Amberia Morton at the address listed on the docket. Plaintiff failed to appear for the hearing. Therefore, it is hereby ordered that Plaintiff show cause, in writing, on or before May 17, 2021, as to why she failed to appear for the court-ordered hearing on her motion [2].

Plaintiff is advised that failure to respond to this show cause order will result in dismissal of this case for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b).

SO ORDERED, this the 16th day of April, 2021.

                                              /s/ F. Keith Ball
                                        UNITED STATES MAGISTRATE JUDGE