Case 3:21-CV-00230-DPJ-FKB


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

In the U.S. District Court
Southern District of Mississippi

A. Morton
-Vs-
Baptist

Motion of Order To
Show Cause

Case 3:21-CV-00230-DPJ-FKB

Due to health circumstances, I missed my court appearance with Judge Keith Ball, in courtroom 5D, 4/15/21 at 1:30 p.m. I am wanting to return home, Grenada, Ms. My cell number is 601-918-8064. I will be in town until the morning of 4/17/21. I don't have money to continue to stay in motel. I hope to, in attempt, return to work. I don't feel up to par, and don't have any sources. No home, and no funds.

*[signature]*
4/16/21