Case 3:21-CV-00230-DPJ-FKB


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

In the U.S. District Court
Southern District of Mississippi

Amberia Morton
—vs—
Grenada Women's Clinic

Motion of Order To
Show Cause

Due to health circumstances, I missed my court appearance with Judge Keith Ball in courtroom 5D, 4/15/21 at 1:30 p.m. I am wanting to return home, Grenada, Ms. My cell number is 601-918-8064. I will be in town until the morning of 4/17/21. I don't have money to continue to stay in motel. I hope to in attempt, return to work.

Carolin Minton
4/16/21