IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMBERIA MORTON                                                                                          PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 3:21cv230-DPJ-FKB

GRENADA WOMEN'S CLINIC                                                                          DEFENDANT

## REPORT AND RECOMMENDATION

Amberia Morton filed this *pro se* action alleging that Grenada Women's Clinic has refused to perform a tubal ligation on her. Along with her complaint, she filed a motion for leave to proceed *in forma pauperis* (IFP). [2]. On May 13, 2021, the Court held a hearing where it heard testimony on her motion and on the nature of her claim. By separate order, the undersigned is granting Plaintiff's motion. However, based upon Plaintiff's complaint and her testimony, the undersigned concludes that this action should be dismissed for want of subject matter jurisdiction.

Plaintiff's only allegation against Defendant is that it has refused to perform a tubal ligation on her. Nowhere in any of her filings or her testimony does she allude to federal law, and her claim is, even with the most liberal construction, only a medical malpractice claim. Thus, her allegations do not present a federal question. *See* 28 U.S.C. § 1332. Furthermore, she is a Mississippi resident, and she has alleged that the sole defendant, Grenada Women's Clinic, is operated by the University of Mississippi Medical Center, which is an entity of the State of Mississippi. [15] at 14. Therefore, there is no diversity jurisdiction under 28 U.S.C. § 1332.

Because Morton is proceeding *pro se*, the Court must liberally construe her pleadings. *Pena v. United States of America*, 122 F.3d 3, 4 (5th Cir. 1997). However,

even given the most liberal construction, her filings and testimony fail to raise any basis for federal jurisdiction over her claim. For this reason, the undersigned recommends that this action be dismissed without prejudice.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 25th day of August, 2021.

s/ F. Keith Ball<br>United States Magistrate Judge